UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-------------------------------------------------------------------------x

Mathew Morcos, individually and on behalf of
all others similarly situated,

                      Plaintiff,

    -v.-

Midland Credit Management, Inc.,

                      Defendants.

-------------------------------------------------------------------------x

Civil Action No:
2:21-cv-11810

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Plaintiff and Defendants in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** October 29, 2021

| For Plaintiff Mathew Morcos | For Defendant Midland Credit Management Inc. |
|---|---|
| *s/Raphael Deutsch* <br> Raphael Deutsch, Esq. <br> Stein Saks, PLLC <br> One University Plaza <br> Hackensack, NJ 07601 <br> 201-282-6500 <br> rdeutsch@steinsakslegal.com | *s/Michael P. Trainor* <br> Michael P. Trainor <br> Blank Rome, LLP <br> 130 N 18th Street <br> Philadelphia PA 19103 <br> 215-569-5685 <br> mtrainor@blankrome.com |

SO ORDERED.

_____
Hon. Susan D. Wigenton
United States District Judge
Dated: November 1, 2021

1

## CERTIFICATE OF SERVICE

I certify that on October 29, 2021, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Raphael Deutsch*
Raphael Deutsch, Esq.
**Stein Saks, PLLC**
One University Plaza
Hackensack, NJ 07601
*Attorneys for Plaintiff*
